Cheryll H. MARSHALL and James P. Marshall, Respondents,

v.

Willard H. WRIGHT, Appellant.

No. WD 36,759.

Missouri Court of Appeals, Western District.

Feb. 4, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1986.

Application to Transfer Denied May 13, 1986.

Karl L. Madden, Jr., Moberly, for appellant.

R. Steven Gaw and Wayne E. Schirmer, Moberly, for respondents.

Before PRITCHARD, P.J., SHANGLER, J., and MARTIN, Special Judge.

## ORDER

PER CURIAM:

Appeal from a judgment of ejectment.

Judgment affirmed. Rule 84.16(b).

Clarice B. ESTES, Respondent,

v.

DECK & DECKER PERSONNEL CONSULTANTS, LTD., Appellant.

No. WD 37052.

Missouri Court of Appeals, Western District.

Feb. 11, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1986.

Application to Transfer Denied May 13, 1986.

John W. Ellinger, Jefferson City, for appellant.

David B. Rogers, Columbia, for respondent.

Before BERREY, P.J., and TURNAGE and MANFORD, JJ.

## ORDER

PER CURIAM:

Action for declaratory judgment seeking enforcement of a covenant not to compete.

Judgment affirmed. Rule 84.16(b).